# In the United States Court of Federal Claims

**No.02-1742V**
Filed: November 1, 2013
Not to be Published

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| NATHANIEL BROGAN-KIM, | * |
| by His Father and Next Friend, | * |
| PAUL KIM, | * |
| | * Autism; Attorneys' Fees and Costs |
| Petitioner, | * |
| | * |
| v. | * |
| | * |
| SECRETARY OF HEALTH AND | * |
| HUMAN SERVICES | * |
| | * |
| Respondent. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

On November 1, 2013, the parties filed a Stipulation of Facts Concerning Attorneys' Fees and Costs. After informal discussions, the parties have agreed on $10,660.79 in attorneys' fees and costs and $150.00 in petitioner's costs for a total of $10,810.79. In lieu of filing a Vaccine General Order #9 statement, petitioner's counsel represents that petitioner had $150.00 in costs that petitioner personally incurred that are compensable under § 15 (e)(1).

**The request for attorneys' fees and costs is granted.** Petitioner is awarded reasonable attorneys' fees and costs pursuant to §§ 15(b) and (e)(1), as I find that the petition was brought in good faith and upon a reasonable basis, and the amounts requested are reasonable and appropriate.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to redact medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will redact such material from public access.

**Accordingly, I hereby award the total amount of $10,810.79 as follows:**

- **a lump sum of $10,660.79, in the form of a check payable jointly to petitioner and petitioner's counsel, Conway, Homer & Chin-Caplan, P.C.; and**

- **a lump sum of $150.00, in the form of a check payable solely to petitioner.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the Clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED.**

<u>s/Denise K. Vowell</u>
Denise K. Vowell
Chief Special Master

---

[2] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review. <u>See</u> Vaccine Rule 11(a).